No. 92–333. DETROIT AUTO DEALERS ASSN., INC., ET AL. *v.* FEDERAL TRADE COMMISSION; and

No. 92–510. FEDERAL TRADE COMMISSION *v.* DETROIT AUTO DEALERS ASSN., INC., ET AL. C. A. 6th Cir. Certiorari denied. Reported below: 955 F. 2d 457.

No. 92–359. KEENE CORP. *v.* ADAMS ET AL.; KEENE CORP. *v.* BURTON ET AL.; KEENE CORP. *v.* CAMPBELL ET AL.; KEENE CORP. *v.* CARR ET AL.; KEENE CORP. *v.* DALTON ET AL.; KEENE CORP. *v.* DARRAH ET AL.; KEENE CORP. *v.* DUNN ET AL.; KEENE CORP. *v.* GABBERT ET AL.; KEENE CORP. *v.* HOSCHAR ET AL.; KEENE CORP. *v.* KIRK ET AL.; KEENE CORP. *v.* KITTLE ET AL.; KEENE CORP. *v.* LIPSCOMB ET AL.; KEENE CORP. *v.* LOTT ET AL.; KEENE CORP. *v.* MEHALIC ET AL.; KEENE CORP. *v.* ROOT ET AL.; KEENE CORP. *v.* ROWE ET AL.; KEENE CORP. *v.* SEBERNA ET AL.; KEENE CORP. *v.* CHAPMAN ET AL.; KEENE CORP. *v.* ENGLAND; KEENE CORP. *v.* JOHNSON ET AL.; KEENE CORP. *v.* SHILOT ET AL.; and

No. 92–360. OWENS-ILLINOIS, INC. *v.* BOLYARD ET AL.; OWENS-ILLINOIS, INC. *v.* FRIEND; OWENS-ILLINOIS, INC. *v.* CONRAD ET UX.; OWENS-ILLINOIS, INC. *v.* JADOT ET AL.; OWENS-ILLINOIS, INC. *v.* MOOMAW; OWENS-ILLINOIS, INC. *v.* WILSON ET AL.; OWENS-ILLINOIS, INC. *v.* CONLEY ET AL.; OWENS-ILLINOIS, INC. *v.* ROTHERMUND ET UX.; OWENS-ILLINOIS, INC. *v.* QUINCE ET AL.; OWENS-ILLINOIS, INC. *v.* CROSS; OWENS-ILLINOIS, INC. *v.* CROOK ET UX.; OWENS-ILLINOIS, INC. *v.* SMIGILL; OWENS-ILLINOIS, INC. *v.* DARRAH ET AL.; OWENS-ILLINOIS, INC. *v.* EIKLEBERRY ET AL.; OWENS-ILLINOIS, INC. *v.* HOPPERS; OWENS-ILLINOIS, INC. *v.* LEWIS ET AL.; OWENS-ILLINOIS, INC. *v.* SIMMONS; and OWENS-ILLINOIS, INC. *v.* ROGERS. Cir. Ct. Monongalia County, W. Va. Certiorari denied.

No. 92–371. REAL PROPERTY AND PREMISES KNOWN AS 4408 HILLSIDE COURT, ALEXANDRIA, VIRGINIA 22306, ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–393. FRAIRE, INDIVIDUALLY AND AS NEXT FRIEND FOR FRAIRE, ET AL. *v.* CITY OF ARLINGTON ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–399. LINDO & MADURO, S. A., ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.